BEFORE THE SECOND DIVISION, DECEMBER 11, 1946

**No. 51463.**—Protests 491016–G, etc., of Julius Kayser & Co. et al. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.